IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IRYNA KARMAZINA, | ) |
| TETYANA CHELYSHKOVA. | ) |
| Plaintiffs, | ) CTVTL ACTION # CV 408-180 |
| v. | ) |
| Statesboro Police Departmen | ) |
| BRILEY, TERRY L., | ) |
| GAWTHROP, JUSTIN. | ) |
| Defendants. | ) |

## AMENDED COMPLAINT

1.

Comes now IRYNA KARMAZINA and TETYANA CHELYSHKOVA

Pro Se and state to this Honorable Court their Complaint.

Plaintiffs, IRYNA KARMAZINA, TETYANA CHELYSHKOVA, are permanent residents of the United States and citizens of Ukraine. Plaintiffs IRYNA KARMAZINA and TETYANA CHELYSHKOV are citizens of Georgia; they reside at 1444 Harvard Rd. Apt. B, Atlanta, GA 30306.

2.

Defendant TERRY L. BRILEY was at all time during this period a detective of the Police Department of City of Statesboro, of Bulloch County, Georgia. The work address of the defendant is- 25 West Grady Street, Statesboro, GA *30459*

Defendant JUSTIN GAWTHROP was at all time during this period a policeman of the Police Department of City of Statesboro, of Bulloch County, Georgia. The work address of the defendant is - 25 West Grady Street, Statesboro, GA *30459.*

3. Defendant: Statesboro Police Department. 25 West Grady Street, Statesboro, GA 30459

4.

This action is brought pursuant to Official Misconduct (18 U.S.C. Section 241, 242, 245) Violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d to 2000d-4.( Discrirnination against Limited English Proficiency person on the ground of National Origin).

Jurisdiction of this Court is proper pursuant to Official Misconduct (18 USC Section 241, 242, 245), and Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d to 2000d-4. violation (Discrimination against Limited English Proficiency person on the ground of National Origin).

The action of the Defendants as alleged to have occurred in this Complaint occurred in the District Division of this Honorable Court.

**COUNT ONE**

IRYNA KARMAZINA, and TETYANA CHELYSHKOVA have been living in the United States since 12/25/2001. To the date given below, TETYANA CHELYSHKOVA and IRYNA KARMAZINA studied English for three months in the Metropolitan College at the University of New Orleans, where they were qualified as beginners after the placement test. To the date given below, both IRYNA KARMAZINA and TETYANA CHELYSHKOVA had an interruption in English study for 9.5 months. IRYNA was a housewife and TETYANA studied piano performance at home to enter a school. Finally she was qualified for scholarship at Georgia Southern University.

On September 12, 2003, at time close to noon, VOLODYMIR CHELYSHKOV, IRYNA's husband was at work at Georgia Southern University, IRYNA and TETYANA (18 years old at that moment) were at home, when a minor accident happened.

A very small hand trauma was the result of the accident, but TETYANA decided that she has to be advised by a doctor immediately. At that time, TETYANA was very careful about everything that was related to piano performance, and IRYNA chose to make sure that everything is okay. IRYNA did not drive, so she asked VOLODYMIR to call ambulance.

He did not know the telephone number needed, but he was sure that 911 could give him that number. During the call, 911 operator did not ask him whether VOLODYMIR needs police, and VOLODYMIR did not invite police to his house. He was promised by 911 operator that ambulance will arrive soon. Surprisingly, police arrived to his house also. City of Statesboro Police Department was represented by detective, Mr. BRILEY TERRY L. and policeman, Mr. JUSTN GAWTHROP.

Being foreigners, IRYNA KARMAZ1NA and TETYANA CHELYSHKOVA considered that cooperation with police is their obligation. VOLODYMIR answered questions asked to him by the physician and detective by telephone, because IRYNA and TETYANA did no know English at that time. It was explained to the police that a) they were not called, b) what was going on is an accident; c) nobody needs police help, and d) IRYNA and TETYANA are interested only in transportation to a hospital. Police declared to Volodymir that everything is understood.

After police hanged up the phone ,after speaking with VOLODYMIR , the detective and the police officer started to questioning IRYNA and TETYANA. IRYNA and TETYANA requested an interpreter , but police officer and the detective denied their right to have one. Police officer and the detective stated that they need to write a report ( as was understood by Limited English Proficiency individuals IRYNA and TETYANA ), and forced IRYNA and TETEYANA to explain haw the accident happened by using gesticulations and some English words. TETYANA

and IRYNA stated that the trauma is a result of an accident . Police Detective and the officer declared that they have understood that haw the accident happened .After listening to IRYNA's and Tatyana's explanation of an accident , police detective and the officer stated that IRYNA's English knowledge is sufficient and demanded her to sign the statement that she speaks , writes and understand English .The police officer and the detective stated that the report just explains the accident( as was understood by LEP individuals TETYANA and IRYNA).

The police detective asked IRYNA to sign his description of the accident and the statement that she speaks, understands and writes in English.

. Although IRYNA gave the evidence to the police that she does not speak, understand and write in English and she and TETYANA needs an interpreter , she signed the report relying on police statement that they have understood accident explanation. After signing the report , IRYNA was arrested on aggravated assault charges. IRYNA still is not sure at what time exactly she was arrested on September 12, 2003 .IRYNA did not understood the Miranda warning or the fact that she is under arrest. TETYANA went to the hospital in the emergency car and IRYNA , unaware of the fact that she is under arrest , went in the police car to the hospital. In order to collect TETYANA's signature as well , police detective asked TETYANA in the hospital to sign the report . Having a hand trauma , TETYANA stated that she cannot sign the paper. After that the detective asked TETYANA to sign the report with her left hand. TETYANA stated that she cannot sign the report because she cannot read or understand it and that she needs an interpreter. At that time she could not understand why the detective is so desperate to obtain her signature , before she could read the report. It shall be taken into consideration that quote :

" On August 11, 2000, President Clinton signed Executive Order 13166 entitled "Improving Access to Service for Persons with Limited English Proficiency." The purpose of the Executive

Order is to eliminate, to the maximum extent possible, limited English proficiency (LEP) as an artificial barrier to full and meaningful participation by beneficiaries in all federally assisted and federally conducted programs and activities. Pursuant to the order, all agencies must prepare a plan identifying the steps the agency will take to ensure meaningful access by LEP individuals to their federally conducted programs or activities."

Police Detective did not addressed language barriers and violated IRYNA'S and TETYANA's rights as an Limited English Proficiency individual by not providing them with an interpreter when they requested it. Detective and the police officer also committed conspiracy under color of law against IRYANA'S and TETYANA's rights when filling a false police report.

Even now, almost five years later, IRYNA has absolute difficulties with understanding English. After the detective arrested IRYNA and took her into custody, IRYNA were a subject to illegal actions of police: illegal arrest, illegal search, illegal seizure, illegal interrogation ,and all subsequent investigation. The same day TETYANA granted in the Statesboro Jail that IRYNA did not assault her. VOLODYMIR secured IRYNA's release, and she was allowed to leave the jail on bond . The next day VOLODYMIR translated in English IRYNA's and TETYANA's statement about the accident and sent written statement to the detective (letter attached). Despite of that statement the detective described the accident differently and passed the report to the District Attorney , Richard A. Mallard .

Also , TETYANA and Volodymir wrote a letter to the District Attorney, Mr. Richard A Mallard , that the trauma is a result of an accident and that there was no crime committed by IRYNA( letter attached).

But the letter was not answered .It is shocking that at all times from the moment police arrived to the house, TETYANA stated that the trauma is a result of an accident , but ignoring

TETYANA's numerous statements ,her mother was falsely arrested ,indicted ,and prosecuted on aggravated assault criminal charges . Jury of the Superior Court of Bullock County also took place without an interpreter, despite that IRYNA and TETYANA have invited Dr. GREGORY DMITRIEV, a professor of Georgia Southern University, to the court as an interpreter. Despite VOLODYMIR 's reminder to the District Attorney that there is an interpreter present in the court and waiting to interpret TETYANA's statement , Mr. Richard A. Mallard chose to invite to Grand Jury only TEYANA ,who is Limited English Proficiency individual.

When TETYANA asked for an interpreter in the Gran Jury, she was denied the right to have one and she was told by Richard A. Mallard ( as TETYANA understood without an interpreter) that her English knowledge is sufficient to make a statement and she does not need an interpreter (although The Honorable Supreme Court of Atlanta passed an order in October 10 ,2001 for " USE OF INTERPRETER FOR NON-ENGLISH SPEACKING PERSONS" that states that in Criminal Cases 2.3

"The Court shall provide an Interpreter to any non-English speaking person whenever the non-English speaking person is a party, or has been subpoenaed or has otherwise been compelled to appear in a Court proceeding."

The Jury decision was made on the basis of

   a) A false police report;

   b) The detective speech that we have not heard neither in Russian nor in English;

   c) TETYANA CHELYSHKOVA's explanation of an accident that she was forced to make in English, without an interpreter ,been Limited English Proficiency individual, together with her statement that she is not a victim of a crime and the trauma is a result of an accident.

The police report that was signed by the Defendant TERRY L. BRTLEY and the

Defendant JUSTIN GAWTHROP clearly gives wrong impression, that IRYNA gave evidence in favor of an assault. Neither IRYNA nor members of her family tried to explain the accident in this way. Nobody, except IRYNA and TETYANA, was presented at home at the time of accident. Only one more witness, but not eyewitness, who spoke with police by telephone, was VOLODYMIR , IRYNA's husband

**COUNT TWO**

IRYNA's case was dead docketed. VLADIMIR CHELYSHKOV, was forced to hire attorneys, to translate and write explanations, IRYNA was required by the Court to provide an expertise by a psychologist, as well as a confirmation for counseling.

Up to date VOLODYM1R and TETYANA pay living expensed for IRYNA , because she cannot find a job having the arrest record and other damages. TETYANA is no longer a student, because family's financial resources exhausted. To protect IRYNA , money, time and human power of all their family have been spent.

The family, and specially IRYNA KARMAZINA, suffered public humiliation, emotional stress and damages. About five years passed, but IRYNA has not recovered from that. In IRYNA and TETYANA opinion the family is entitled to recover.

**COUNT THREE**

By ignoring witness's statements, plaintiff's IRYNA unlawful arrest , false police report, and misleading Grand Jury on the bases of the report, Plaintiffs IRYNA KARMAZINA's and TETYANA CHELYSHKOVA's civil rights were discriminated. It is completely inconsistent with the protective rights granted by the Constitution of the State of Georgia and the United States.

**WHEREFORE,**

a¹) An acknowledgment of Statesboro Police Department discriminative actions of Detective T. Briley and Police officer Justin Gawthrop; the letter of an apology from the Chief of Statesboro Police Department

a) Plaintiffs pray for acknowledgment of illegal police actions under color of law of employees of Statesboro's Police Department, officer Justin Gawthrop and Detective Terry Briley and the acknowledgment that IRYNA KARMAZINA and TETYANA CHELYSHKOVA are victims of Conspiracy and discrimination of rights.

b) a speedy and just hearing on this complaint,

c) a compensation for damages and Attorney's fees in the a mount of $50000 .00 U.S.DOLLARS.

> This day of 11 September of 2008.
> Respectfully submitted,
> Plaintiff IRYNA KARMAZINA, pro se
> 1444 Harvard Rd., Apt. 1, Atlanta, GA 30306
> Plaintiff TETYANA CHELYSHKOVA, pro se
> 1444 Harvard Rd., Apt. 1, Atlanta, GA 30306

To: District Attorney Richard Mallard
　　1 Cortland St.
　　Statesboro, GA 30458
From: Tatyana Chelyshkova
　　　213 East Main St.
　　　Statesboro, GA 30458

Dear Sir:

　　I would like to write about the accident that took place in our home on September 12th 2003.

　　At that time I was with my mother, and the trauma happened, because the scissors fell into my arm by chance. The scissors jumped down accidentally from my mother's hand, when she tried to take them off.

　　When my mother saw what happened she became very nervous, because she takes hard everything that is related to my health and profession. I study music, and I received a high school diploma from a special school for gifted musicians in my home country. I am concerned about my practicing very much, and the trauma became the source of hard nervousness for both of us.

　　When a doctor and a policeman arrived, I did not interfere in my mother conversation understanding that she does not know English enough to explain everything. My mother also called up to my father and arranged his conversation with the doctor and the policeman. So, I supposed that everything was explained correctly, and everything is okay.

　　I do believe that possible charge to my mother does not correspond to the events that happened. I saw that during her conversation with the policeman she was in despair. I believe, she did not use proper words for her explanations, and she did not understand what she was signing. I understand her, because my feelings also were very hard. I did not go carefully into the conversation, because I always rely on her common sense. When my dad went to the US, we lived together with my mom for four years, and she took care of me.

　　I am sorry that I could not be of help for her during that conversation with the policeman. Like my mom, I still don't know English good enough, and I asked my dad to help me to translate this letter in English. These two years that we live in the US we always rely on his help.

　　I ask you not to charge my mother in any actions against me.

Thank you for your consideration.


Tatyana Chelyshkova

*Chelyshkova*

10.22.03

Tatyana Chelyshkova
213 East Main St.
Statesboro, GA 30458



7003 1680 0007 5471 0807

District Attorney Richard Mallard
1 Cortland St.
Statesboro, GA 30458



RETURN RECEIPT
REQUESTED

30458/3333

To: Detective Terry L. Briley,
   Statesboro Police Department,
   22 West Grady St.
   Statesboro, GA 30458

From: Vladimir Chelyshkov,
   213 East Main Street
   Statesboro, GA

   Tel: (912) 489-2306

Dear Sir:

   Let me explain the accident that happened in my house on Friday morning, September 12.
   My wife and daughter were sitting nearby and spoken. My wife was sitting in a chair and my daughter was sitting on the carpet next to her. My wife was fixing our clothes. They both were discussing problems on English study, and they had different points of view on that matter. Finally, my wife decided to stop the conversation, she stood up, trying to take off a pair of small scissors from her fingers. The scissors slipped off and after a rotation penetrated my daughter arm, and my wife even did not realize that, finishing the conversation. Unfortunately, it was old Russian-made sharp-ended scissors that are different from regular American ones.
   My wife is a weak woman and devoted mother. Watching the scissors standing on end in the arm of my daughter she felt into hysteria, called me up asking to call ambulance immediately. I recommended her to move scissors out, hoping for good, but she refused to do that being afraid to disturb that small wound.
   I called 911 trying to explain the situation, I am afraid, I was not precise enough, because of my command English and stressful situation, but I do remember that I said that nothing dangerous happened. Than I called home once more and realized that situation was getting worse, because my wife felt into panic and began to blame herself in what happened. After that, I believe, I had a couple of short conversations, probably with a physician and with you, trying to explain everything and to say that my wife and daughter still do not adapt well American reality and overreact in unusual situations. They joined me less then two years ago and our life is quite private and restrictive.
   I did believe that situation would be resolved favorably, and I did not see anything extraordinary. Unfortunately, it was not so. Detective, I strongly believe that you understand that my wife still don't know English to speak understandably. I am sure that she was quite influenced by the situation happened and by people around her, including police. Her nervous were on a bad way, she thought that small wound was her fault; she tried to describe the situation by her poor vocabulary. Probably, both her affectation and her communication difficulties lead you to the conclusion that she is an aggressive person that should be separated from her child. It is not so. Her daughter is her highest priority. They have close and good relations. They support each other to survive. I believe that their relations are much closer than it could be in our homeland because they are

immigrants. I lived separately to my family for four years, and my wife was a guarantor for surviving for them both in the country that was financially destroyed and highly criminalized.

My daughter told me that in conversation with you she repeatedly insisted that she was wounded by accident. Her English is a little bit better, and she realized that you were not going to allow to my wife to wait me in the emergency room.

I was shocked when I found my wife in tears in the jail, even my daughter did not know about that. We thought that Sheriff's Department is a regular place where my wife is waiting for me, just because she has no way to explain everything. My daughter and I made all possible and brought the member of our family at home in the afternoon.

Next day doctor allowed my daughter to remove the bandage from her hand. It happened that the wound was very small. It is clearly seen that it was just a short prick by one of the scissors' end. Peace returned to our home. However, our life has changed since then.

I realized that the Police Department of City of Statesboro works very well, and you made everything possible to make the case clear. I hope you will not interpret what happened as an aggressive behavior. Detective, we are married for more than nineteen years and we never have been in the situation close to this. I also ask you to take in consideration that in the situation that seemed dangerous for our daughter my wife and I acted coherently keeping in minds health of our daughter as a priority. In addition, I would like to mention that my wife honestly tried to cooperate with police.

We, family of three, do know that my wife could not have an intention to do harm to my daughter, and we kindly ask you to make it possible not to consider my wife as a person that could be punished for this accident.


Sincerely,

Vladimir Chelyshkov

Tatyana Chelyshkova



# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE

# Flat Rate Mailing Envelope
*For Domestic and International Use*

*Visit us at usps.com*



When used internationally affix customs declarations (PS Form 2976, or 2976A).



EH333528337US

### ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code
- Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day
- Postage $
- Date Accepted
- Scheduled Date of Delivery — Month / Day
- Return Receipt Fee $
- Mo. Day Year
- Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
- COD Fee $
- Insurance Fee $
- Time Accepted ☐ AM ☑ PM
- Military: ☐ 2nd Day ☐ 3rd Day
- Total Postage & Fees $
- Flat Rate ☐ or Weight ___ lbs. ___ ozs.
- Int'l Alpha Country Code
- Acceptance Emp. Initials

**FROM:** (PLEASE PRINT) PHONE ( )



### Addressee Copy
Label 11-B, March 2004

**Post Office To Addressee**

### DELIVERY (POSTAL USE ONLY)
- Delivery Attempt — Mo. Day — Time — ☐ AM ☐ PM — Employee Signature
- Delivery Attempt — Mo. Day — Time — ☐ AM ☐ PM — Employee Signature
- Delivery Date 9/14 — Time 10:30 — ☑ AM ☐ PM — Employee Signature

### CUSTOMER USE ONLY
WAIVER OF SIGNATURE (Domestic Mail Only)

NO DELIVERY ☐ Weekend ☐ Holiday

**TO:** (PLEASE PRINT) PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811





Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste.
This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

*Please recycle.*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail®. Misuse may be a violation of federal law. This packaging is not for resale.



EP13F