FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -6 PM 1: 23

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| IRYNA KARMAZINA, TETYANA CHELYSHKOVA, and VOLODYMIR CHELYSHKOV, <br><br> Plaintiffs, <br><br> v. <br><br> STATESBORO POLICE DEPARTMENT, DETECTIVE TERRY BRILEY, and OFFICER JUSTIN GAWTHROP, <br><br> Defendant. | Case No. CV609-011 |

## ORDER

It has come to the Court's attention that plaintiffs have not signed their motion for equitable tolling (doc. 2), amended complaint (doc. 3), or "motion to sustain the case" (doc. 23). Under Rule 11(a) of the Federal Rules of Civil Procedure "[e]very pleading . . . must be signed by a party personally if the party is unrepresented." In cases involving two or more plaintiffs, each unrepresented party must sign the complaint. *Parker v. Walker*, 2008 WL 3334021, at *1 (S.D. Ill. Aug. 8, 2008) (applying rule in

*pro se* § 1983 suit); *Ghashiyah v. Frank*, 2008 WL 60032, at *1 (E.D. Wis. Jan. 3, 2008) (same); *Abdul-Wadood v. DeBruyn*, 89 F.3d 838, at *1 (7th Cir. 1996) (unpublished table opinion) (same); *see Mattingly v. Farmers State Bank*, 153 F.3d 336, 337 (6th Cir. 1998) (each *pro se* appellant must sign a notice of appeal on his own behalf for it to be effective). Even if the plaintiffs are physically separated, this requirement is not excused: "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). The Court hereby **DIRECTS** plaintiffs to supplement their motion for equitable tolling, amended complaint, and "motion to sustain case" with proper signature pages within twenty days of the date of this Order.

**SO ORDERED** this ___ day of April, 2009.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA