# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION


FILED
U.S. DISTRICT COURT
2009 JUN 16 AM 10:58
CLERK
SO. DIST. OF GA.

IRYNA KARMAZINA, TETYANA )
CHELYSHKOVA, and VOLODYMIR )
CHELYSHKOV, )
                                             )
    Plaintiffs, )
v. )   Case No. CV609-011
                                             )
STATESBORO POLICE )
DEPARTMENT, DETECTIVE )
TERRY BRILEY, and OFFICER )
JUSTIN GAWTHROP, )
                                             )
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16th day of June, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA